THE HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RACHEL REED, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　　Defendant. | No. 3:25-cv-05434-BHS<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PLEADINGS**<br><br>Noted on Motion Calendar: November 10, 2025 |

　　　This matter came before the Court upon the Stipulated Motion for Extension of Time to File Amended Pleadings. The Court has reviewed the records and files herein.

　　　IT IS HEREBY ORDERED that the Stipulated Motion for Extension of Time is **GRANTED.**

　　　DATED this 12th day of November, 2025.

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PLEADINGS – Page 1
No. 3:25-cv-05434-BHS

FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824

Presented by:

| | |
|---|---|
| FOX ROTHSCHILD LLP | FOREMAN STURM & THEDE LLP |
| By:  /s/ *Bryan J. Case*  <br>Bryan J. Case<br>Al Roundtree<br>Josephine F. Meyer<br>Fox Rothschild LLP<br>Seattle, WA 98154<br>Telephone: 206.624.3600<br>Fax: 206.389.1708<br>E-mail: bcase@foxrothschild.com<br>E-mail: aroundtree@foxrothschild.com<br>E-mail: jmeyer@foxrothschild.com<br><br>*Attorneys for Defendant* | By:   /s/ *Nicholas A. Thede*  <br>Nicholas A. Thede, WSBA No. 43765<br>Scott A. MacLaren, WSBA No. 53241<br>Foreman Sturm & Thede LLP<br>3519 NE 15th Ave. # 489<br>Portland, Oregon 97212<br>Telephone: (503) 477-4693<br>Email: nick.thede@foremansturm.com<br>Email: scott@foremansturm.com<br><br>*Of Attorneys for Plaintiff* |

GOWER LAW LLC

By:   /s/ *Nick Gower*  
Nick Gower, *Pro Hac Vice*
1211 SW 5th Ave Ste 2250
Portland, OR  97204
Telephone: (503) 507-3973
Email: nick@gower.law

*Of Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PLEADINGS
 – Page 2
No. 3:25-cv-05434-BHS

FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PLEADINGS – Page 3
No. 3:25-cv-05434-BHS

FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November 2025, I served the foregoing **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PLEADINGS** on the persons listed below by the means indicated:

> Bryan J. Case
> Al Roundtree
> Josephine F. Meyer
> Fox Rothschild LLP
> Seattle, WA 98154
> Telephone: 206.624.3600
> Fax: 206.389.1708
> E-mail: bcase@foxrothschild.com
> E-mail: aroundtree@foxrothschild.com
> E-mail: jmeyer@foxrothschild.com

*Attorneys for Defendant*

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true, and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☐ by emailing to each of the foregoing a copy thereof to the email address above.

FOREMAN STURM & THEDE, LLP

By: */s/ Nicholas A. Thede*
Nicholas A. Thede, WSBA No. 43765

By: */s/ Scott A. MacLaren*
Scott A. MacLaren, WSBA No. 53241
Foreman Sturm & Thede LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: (503) 206.5824
Email: nick.thede@foremansturm.com
scott@foremansturm.com

*Attorney for Plaintiff Rachel Ree*

CERTIFICATE OF SERVICE – Page 1
No. 3:25-cv-05434-BHS

FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824